In the Matter of the Claim of FRANCES VISKOVICH, Respondent, v. ROBERT A. KEASBEY COMPANY et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD,

* Fictitious names.

666

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.